(June 10, 2011)

■ WILLIAM L. MCNAMARA, Respondent, v ANDREW MAGGITTI, Defendant, and ANTHONY NICOSIA, Appellant. [924 NYS2d 304]— Appeal from an order of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered June 14, 2010 in a personal injury action. The order denied the motion of defendant Anthony Nicosia for summary judgment.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on February 9, 2011, and filed in the Chautauqua County Clerk's Office on May 4, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ KENNETH J. WILLIAMS, Individually and as Administrator of the Estate of CHARLEE C. FETZNER, Deceased, Appellant, v LATTIMORE ROAD SURGICENTER, INC., et al., Defendants, and JOHN D. MARQUARDT, M.D., et al., Respondents. [925 NYS2d 364]— Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered April 13, 2010. The order and judgment, inter alia, dismissed the complaint upon a jury verdict.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Peradotto, Gorski and Martoche, JJ.